IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHADAWON MCCORVEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:22-00171-KD-B |
| | ) | |
| JEFF WHITE, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report & Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 10, 2022 (Doc. 7), is **ADOPTED** as the opinion of this Court **with the exception of the following sentence**: "none of the Court's orders sent to McCorvey in this case have been returned as undeliverable[]" (Doc. 7 at 3). This is because the record has been **UPDATED**. Specifically, the record indicates that the August 10, 2022 Report & Recommendation mailed to McCorvey was returned as "undeliverable" on September 12, 2022; the envelope containing the Report & Recommendation did not include a City and State. (Doc. 8 at 1). As such, the undersigned directed that the Report & Recommendation be remailed to McCorvey at Escambia County Jail and the deadline for any objections was reset to October 5, 2022 (giving him additional time within which to file any objections). To date, no objections have been filed.

Accordingly, it is **ORDERED** that due to McCorvey's failure to prosecute this action and failure to obey this Court's order by timely filing a complete IFP motion or paying the filing fee, this action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) and this Court's inherent authority as it appears no lesser sanction will suffice.

**DONE** and **ORDERED** this the **9th** day of **November 2022.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**