# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHADAWON MCCORVEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:22-00171-KD-B |
| ) | |
| JEFF WHITE, *et al.*, ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the Order adopting the Report and Recommendations (Doc. 9), it is hereby

**ORDERED, ADJUDGED** and **DECREED,** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **10th** day of **November 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**